**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ESTATE OF RICHARD A. DEVOE,   :   No. 510 MAL 2017
DECEASED   :
  :
  :
  : Petition for Allowance of Appeal from
PETITION OF: KEITH M. DEVOE AND M.   :   the Order of the Superior Court
CORRINE MAHLA, CO-   :
ADMINISTRATORS   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.